## NOTE: CHANGES MADE BY THE COURT

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SEMPRA ENERGY; AND SOUTHERN CALIFORNIA GAS COMPANY,<br><br>       Plaintiffs,<br><br>   v.<br><br>ASSOCIATED ELECTRIC & GAS INSURANCE SERVICES LIMITED; ET AL.,<br><br>       Defendants. | Case No. 2:19-cv-03340-SSS-JPRx<br><br>**ORDER GRANTING STIPULATION TO MODIFY THE STIPULATED PROTECTIVE ORDER** |

On August 23, 2023, the Parties filed a Stipulation to Modify the Stipulated Protective Order (ECF 82) (the "Protective Order") in this matter (the "Stipulation").

The Stipulation requests Section 14 of the Protective Order be modified. As written, Section 14 of the Protective Order requires the Parties to destroy or return Protected Materials after settlement of this action, or after the conclusion of any appellate proceedings, or, if no appeal is taken, when the time for filing of an appeal has run, within 60 days of a written request by the Designating Party. (ECF 82, p.

15:23-26.) The Parties request a revision to Section 14 to confirm that the Parties, as an alternative, may maintain the requested categories of Protected Material in their possession in such a manner as to preclude disclosure of Protected Materials, which will reduce the administrative burdens on the Parties, while requiring Protected Materials remain under the terms of Protective Order in perpetuity.

The court, having considered the Parties' Stipulation, and finding good cause, hereby GRANTS the Stipulation and ORDERS as follows:

1. Section 14 of the Protective Order is stricken and replaced with the following language:

    **14. FINAL DISPOSITION**

    Subject to Section 6. of this Stipulated Protective Order, after settlement of this Action, or after the conclusion of any appellate proceedings, or, if no appeal is taken, when the time for filing of an appeal has run, within 60 days of a written request by the Designating Party, each Receiving Party shall at its option either: (1) return all or the requested categories of Protected Material to the Producing Party or destroy such material; or (2) store all of the requested categories of Protected Material in its possession in such a manner as to preclude disclosure of Protected Materials to persons other than those referred to in Section 9., subject in perpetuity to the other terms, conditions and restrictions of this Stipulated Protective Order.

2. All other terms and conditions of the Protective Order, aside from Section 14, are without change.

///

///

IT IS SO ORDERED.

Dated: August 23, 2023

_____
JEAN P. ROSENBLUTH
United States Magistrate Judge