Kirk A. Pasich (SBN 94242)
kpasich@mcguirewoods.com
Michael S. Gehrt (SBN 246450)
mgehrt@mcguirewoods.com
Christopher T. Pasich (SBN 299191)
cpasich@mcguirewoods.com
Caitlin S. Oswald (SBN 330974)
coswald@mcguirewoods.com
Eliza J. Logan (SBN 353753)
elogan@mcguirewoods.com
**MCGUIREWOODS LLP**
1800 Century Park East, 8th Floor
Los Angeles, CA 90067-1501
Telephone: +1 310 315 8200
Facsimile: +1 310 315 8210

Attorneys for Plaintiffs and CounterDefendants SEMPRA ENERGY and SOUTHERN CALIFORNIA GAS COMPANY

Brian A. Kelly (SBN 124738)
bakelly@duanemorris.com
William J. Baron (SBN 111288)
wjbaron@duanemorris.com
Monica M. Slakey (SBN 168103)
mslakey@duanemorris.com
**DUANE MORRIS LLP**
Spear Tower
One Market Plaza, Suite 2200
San Francisco, CA 94105-1127
Telephone: +1 415 957 3000
Facsimile: + 1 415 957 3001

Attorneys for Defendant and Counter-Claimant THE CONTINENTAL INSURANCE COMPANY, as successor-in-interest to certain policies issued by HARBOR INSURANCE COMPANY

Larry M. Golub (SBN 110545)
lgolub@sacrowalker.com
**SACRO & WALKER LLP**
700 North Brand Blvd., Suite 610
Glendale, CA 91203
Telephone: +1 818 962 4904
Facsimile: +1 818 721 9670

Alan S. Rutkin*
alan.rutkin@rivkin.com
Steven M. Zuckermann*
steven.zuckermann@rivkin.com
Robert Tugander*
robert.tugander@rivkin.com
Greg E. Mann*
greg.mann@rivkin.com
**RIVKIN RADLER LLP**
926 RXR Plaza
Uniondale, NY 11556-0926
Telephone: +1 516 357 3000
Facsimile: +1 516 357 3333
*Admitted *Pro Hac Vice*

Attorneys for Defendant ASSOCIATED ELECTRIC & GAS INSURANCE SERVICES LIMITED

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

FINAL JUDGMENT AND DISMISSAL

Case No. 2:19-cv-03340-SSS-JPR

|  |  |
|---|---|
| SEMPRA ENERGY; and SOUTHERN CALIFORNIA GAS COMPANY,<br><br>                Plaintiffs,<br><br>        v.<br><br>ASSOCIATED ELECTRIC & GAS INSURANCE SERVICES LIMITED; THE CONTINENTAL INSURANCE COMPANY, as successor to certain policies issued by HARBOR INSURANCE COMPANY, and DOES 1 through 10,<br><br>                Defendants. | Case No. 2:19-cv-03340-SSS-JPRx<br><br>**FINAL JUDGMENT AND DISMISSAL**<br><br>Judge:   Hon. Sunshine S. Sykes |
| THE CONTINENTAL INSURANCE COMPANY, as successor-in-interest to certain policies issued by HARBOR INSURANCE COMPANY, a Pennsylvania corporation,<br><br>                Counter-Claimant,<br><br>        v.<br><br>SEMPRA ENERGY, a California corporation; SOUTHERN CALIFORNIA GAS COMPANY, a California corporation; UNITED STATES FIRE INSURANCE COMPANY, a Delaware corporation, as successor to INDUSTRIAL INDEMNITY COMPANY,<br><br>                Counter-Defendants. | |
| ASSOCIATED ELECTRIC AND GAS INSURANCE SERVICES LIMITED, a foreign company,<br><br>                Cross-Claimant,<br><br>        v.<br><br>UNITED STATES FIRE INSURANCE COMPANY, a Delaware corporation, as successor to INDUSTRIAL INDEMNITY COMPANY,<br><br>                Cross-Defendants. | |

On September 24, 2025, the Court Ordered the Parties to show cause in writing why this case should not be closed in its entirety. (ECF 375).

The September 24, 2025 Order stated that, if no claims remain, the Parties may submit a joint proposed judgment in lieu of a response. (ECF 375).

On October 3, 2025, the Parties filed a Response to the order to show cause indicating that certain pending cross-claims needed to be dismissed to allow the case to be closed (ECF 379) and concurrently filed a Joint Stipulation to dismiss certain cross-complaints without prejudice (ECF 380).

On October 8, 2025, the Court dismissed without prejudice under F.R.C.P. 41(a)(2) the remaining cross-claims by Associated Electric and Gas Insurance Service Limited ("AEGIS") and by The Continental Insurance Company, as successor-in-interest to certain policies issued by Harbor Insurance Company ("Continental) against Plaintiff Southern California Gas Company ("SoCalGas") as the real party in interest in connection with any obligation owed by Industrial Indemnity Company, by and on behalf of United States Fire Insurance Company, pursuant to the May 27, 2005 Order of the Superior Court of California, County of Los Angeles, Case No. BS083582 (ECF 381).

Subject to any existing rights to appeal prior rulings, orders, and issues, including any rights to appeal those referenced in the proposed final judgment, and without waiving any such rights, the Parties hereby jointly submit this proposed final judgment pursuant to the Court's September 24, 2025, Order.

The Court, having considered the Parties' proposed final judgment set forth below and finding good cause, hereby orders as follows:

1. This Final Judgment encompasses and incorporates by reference all the Court's rulings in this case, including the Court's July 20, 2020 Order Granting Defendant's Motion for Summary Judgment (ECF 136), July 24, 2023 Order Granting Continental Insurance Company's Motion to Dismiss and Strike Portions of Plaintiffs' First Amended and Supplemental Complaint (ECF 202), October 16, 2023 Order

Denying In Part and Granting In Part Continental's Motion to Dismiss (ECF 233), May 14, 2024 Order Denying Sempra's Motion Regarding The Burden of Proof (ECF 310), March 24, 2025 Order Granting Defendant AEGIS's Motion for Summary Judgment and Striking AEGIS's Motion for Order Denying Any Request for Summary Judgment to Sempra (ECF 370), and the Court's September 24, 2025 Order Granting Continental's Motion for Summary Judgment and Sempra's Application to Seal (ECF 375).

2. Judgment is entered in favor of AEGIS, and all claims by Plaintiffs Sempra Energy (now known as Sempra) and SoCalGas against AEGIS are dismissed with prejudice.

3. Judgment is entered in favor of Continental, and all claims by Plaintiffs Sempra Energy (now known as Sempra) and SoCalGas against Continental are dismissed with prejudice.

4. This is a final judgment disposing of all claims and all parties. All defenses not decided or addressed by the Court's prior rulings are preserved. Continental and AEGIS are entitled to recover allowable costs in an amount to be determined, subject to Sempra and SoCalGas' right to object.

**IT IS SO ORDERED** on this 16th day of October 2025.

THE HONORABLE SUNSHINE S. SYKES
UNITED STATES DISTRICT JUDGE